**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03094-REB-NYW

ESTATE OF LORETTA BARELA,
MARIE CRUZ,
EDDIE ROSA,
RAY ROSA,
CLEOTILDE ROLL, as parent and next friend of JAZMIN TRUJILLO,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER,
DENVER POLICE DISPATCHER TSH,
DENVER POLICE DISPATCHER BAR,
DENVER POLICE DISPATCHER TDP,
DENVER POLICE DISPATCHER SMC,
DENVER POLICE OFFICER RADIO IDENTIFIER 432A,
DENVER POLICE OFFICER RADIO IDENTIFIER 435A,
CHRISTOPHER PEREA,

    Defendants.

---

**MINUTE ORDER**

---

Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Plaintiffs Estate of Loretta Barela, Marie Cruz, Eddie Rosa, Ray Rosa, and Cleotilde Roll, as parent and next friend of Jazmin Trujillo (collectively, "Plaintiffs") and Defendant City and County of Denver's (the "City") Joint Motion to Vacate Scheduling Conference ("Joint Motion"). [#17 filed February 18, 2015]. Pursuant to the Order Referring Case dated November 17, 2014 [#4] and the memorandum dated February 18, 2015 [#17], this matter was referred to this Magistrate Judge.

    IT IS ORDERED that the Joint Motion is GRANTED:

    (1)    The City shall identify the Doe Defendants to Plaintiffs no later than the close of business on **February 27, 2015**;

      (2)       The Scheduling Conference set for March 4, 2015 at 1:30 p.m. is converted into a telephonic Status Conference. Counsel are instructed to initiate a conference call between themselves prior to contacting the court at 303.335.2600 at the designated time.

DATED: February 20, 2015