IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03094-REB-NYW

ESTATE OF LORETTA BARELA,
MARIA CRUZ,
EDDIE ROSA,
RAY ROSA,
CLEOTIDE ROLL,

Plaintiffs,

v.

CITY AND COUNTY OF DENVER COLORADO,
TIMOTHY HUCKSOLL,
BRIDGET RHODES,
SCOTT CRAWFORD,
TIMOTHY PACKMAN,
OFFICER JENNIFER FRANCE,
OFFICER SUSAN MERCADO, and
CHRISTOPHER PEREA,

Defendants.
_____

## MINUTE ORDER
_____

Entered by Magistrate Judge Nina Y. Wang

     This civil action comes before the court on Plaintiffs' Motion to Amend Case Caption ("Motion to Amend").  [#27, filed March 6, 2015].  Pursuant to the Order Referring Case dated November 17, 2014 [#4] and the memorandum dated March 9, 2015 [#28], this matter was referred to this Magistrate Judge.

     IT IS ORDERED that the Motion to Amend is **GRANTED**.  The Clerk is directed to amend the docket to reflect the newly named Defendants.

DATED:   March 10, 2015