IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 14-cv-03094-REB-NYW | Date: | May 4, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-205 |

| *Parties* | *Counsel* |
|---|---|
| ESTATE OF LORETTA BARELA, <br> MARIA CRUZ, <br> EDDIE ROSA, <br> RAY ROSA, <br> CLEOTILDE ROLL, <br><br> **Plaintiffs,** <br><br> v. <br><br> CITY AND COUNTY OF DENVER COLORADO, <br> TIMMOTHY HUCKSOLL, <br> BRIDGET RHODES, <br> SCOTT CRAWFORD, <br> TIMOTHY PACKMAN, <br> OFFICER JENNIFER FRANCE, <br> OFFICER SUSAN MERCADO, <br> CHRISTOPHER PEREA, <br><br> **Defendants.** | *David Martin Roth* <br> *Katharine Johnston York* <br><br><br><br><br><br><br><br><br> *Evan P. Lee* <br> *Jennifer Fawn Kemp* <br> *Eric Michael Ziporin* <br><br><br><br><br> *pro se (via telephone)* |

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

Court in Session:  9:05 a.m.

Appearance of counsel and *pro se* party Mr. Perea.

Parties discuss the pending Motion to Dismiss [20] filed February 20, 2015, by the City and County of Denver. Parties agree that this motion is mooted by the Amended Complaint [33] filed March 13, 2015.

**The Motion to Dismiss [20] is WITHDRAWN**.

Mr. Perea has not received a copy of the proposed scheduling order [61] filed on April 27, 2015.

**IT IS ORDERED:   The Clerk of the Court is directed to serve of copy of the proposed Scheduling Order[61] to Mr. Perea.  Mr. Perea will review the proposed Scheduling Order and will submit his portions thereto no later than May 18, 2015.  If Mr. Perea does not submit any additions or amendments to the Scheduling Order by May 18, 2015, the court will consider the proposed Scheduling Order as tendered for entry.**

Parties discuss potentially duplicative discovery related to the *Estate of Reat v. Rodriguez* case. The Parties inform the court that due to the lack of overlap between the individual defendants and the time periods at issue, there may be no overlap in discovery.

Parties discuss electronic discovery and specific items that plaintiff seeks including metadata. Parties shall confer in good faith to resolve any issues surrounding the request for metadata associated with the CAD information and/or additional electronic discovery.

Parties shall meet and confer regarding a stipulated protective order.

**IT IS ORDERED:  The Parties will submit a proposed Stipulated Protective Order, or a Protective Order identifying the areas of disagreement, on or before May 4, 2015 for the court's consideration.**

Parties discuss relation of Mr. Perea's appeal and Fifth Amendment rights related to discovery in this case.

Parties discuss pending motions to stay.

**IT IS ORDERED:  Plaintiff will submit a Notice with the Notice of Appeal and any associated papers related to Mr. Perea's criminal appeal no later than May 6, 2015, for consideration by the court in conjunction with the pending motions to stay.**

A Trial Preparation Conference on May 13, 2016, at 9:00 a.m., and a ten-day jury trial to begin on June 6, 2016, at 8:30 a.m. are both set before the Honorable Robert E. Blackburn, separate order to issue.

The Proposed Scheduling Order will not be entered until after Mr. Perea has an opportunity to review the proposed order.

Court in Recess:  9:31 a.m.            Hearing concluded.            Total time in Court:  00:26

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.