IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 14-cv-03094-REB-NYW | Date: | June 12, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-205 |

| *Parties* | *Counsel* |
|---|---|
| ESTATE OF LORETTA BARELA, <br> MARIA CRUZ, <br> EDDIE ROSA, <br> RAY ROSA, <br> CLEOTILDE ROLL, <br><br> **Plaintiffs,** <br><br> v. <br><br> CITY AND COUNTY OF DENVER COLORADO, <br> TIMMOTHY HUCKSOLL, <br> BRIDGET RHODES, <br> SCOTT CRAWFORD, <br> TIMOTHY PACKMAN, <br> OFFICER JENNIFER FRANCE, <br> OFFICER SUSAN MERCADO, <br> CHRISTOPHER PEREA, <br><br> **Defendants.** | *David Martin Roth* <br> *Katharine Johnston York* <br><br><br><br><br><br><br><br> *Evan P. Lee* <br> *Eric Michael Ziporin* <br> *pro se (via telephone)* |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

Court in Session: 1:23 p.m.

Appearance of counsel and *pro se* party Mr. Perea (by telephone).

Argument and discussion held on City and County of Denver's Motion to Dismiss [42] filed April 3, 2015, and Denver Defendants' Motion to Dismiss [63] filed May 1, 2015.

Argument and discussion held on Motion to Dismiss [52] filed April 21, 2015, by Defendant Timothy Packman.

**ORDERED:** City and County of Denver's Motion to Dismiss [42] is SUBMITTED and TAKEN UNDER ADVISEMENT.

**ORDERED:** Denver Defendants' Motion to Dismiss [63] is SUBMITTED and TAKEN UNDER ADVISEMENT.

**ORDERED:** Motion to Dismiss [52] is SUBMITTED and TAKEN UNDER ADVISEMENT.

Discussion held on Mr. Perea's Motion for Stay Pursuant to F.R.C.P. Rule 62(b)(1) [41] filed April 2, 2015, Motion for Appointment of Counsel Pursuant to 28 U.S.C. § 1915(e)(1) or to be Placed on the Pro-Bono List [48] filed April 17, 2015, and Second Motion for Extension of Time to File Answer [49] filed April 17, 2015.

**ORDERED:** Motion for Stay Pursuant to F.R.C.P. Rule 62(b)(1) [41] is SUBMITTED and TAKEN UNDER ADVISEMENT.

**ORDERED:** Motion for Appointment of Counsel Pursuant to 28 U.S.C. § 1915(e)(1) or to be Placed on the Pro-Bono List [48] is SUBMITTED and TAKEN UNDER ADVISEMENT.

**ORDERED:** Second Motion for Extension of Time to File Answer [49] is SUBMITTED and TAKEN UNDER ADVISEMENT.

Discussion held on Motion to Stay Discovery [54] filed April 23, 2015, by Defendant Timothy Packman, and Motion to Stay Discovery [60] filed April 27, 2015, by City Defendants.

**ORDERED:** Motion to Stay Discovery [54] is SUBMITTED and TAKEN UNDER ADVISEMENT.

**ORDERED:** Motion to Stay Discovery [60] is SUBMITTED and TAKEN UNDER ADVISEMENT.

Court in Recess:  2:12 p.m.          Hearing concluded.          Total time in Court:  00:49