**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  14-cv-03094-REB-NYW

ESTATE OF LORETTA BARELA,
MARIE CRUZ,
EDDIE ROSA,
RAY ROSA,
CLEOTILDE ROLL, as parent and next friend of JAZMIN TRUJILLO,

      Plaintiffs,

v.

CITY AND COUNTY OF DENVER,
TIMMOTHY HUCKSOLL,
BRIDGET RHODES,
SCOTT CRAWFORD,
TIMOTHY PACKMAN,
OFFICER JENNIFER FRANCE,
OFFICER SUSAN MERCADO, and
CHRISTOPHER PEREA,

      Defendants.

---

## ORDER DISMISSING CLAIMS

---

**Blackburn, J.**

      The matter is before me on the **Stipulation for Dismissal with Prejudice as to Plaintiffs' Fourth Claim for Relief Against Defendants France, Mercado, and City and County of Denver** [#87][1] filed June 10, 2015.  After careful review of the stipulation and the record, I conclude that the stipulation should be approved and that the plaintiffs' fourth claim for relief against defendants, Officer Jennifer France, Officer Susan

---

[1]  "[#87]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

Mercado, and City and County of Denver, should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation for Dismissal with Prejudice as to Plaintiffs' Fourth Claim for Relief Against Defendants France, Mercado, and City and County of Denver** is approved; and

2.  That the plaintiffs' fourth claim for relief against defendants, Officer Jennifer France, Officer Susan Mercado, and City and County of Denver, is dismissed with prejudice.

Dated June 16, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

2