# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03094-REB-NYW

ESTATE OF LORETTA BARELA,
MARIE CRUZ,
EDDIE ROSA,
RAY ROSA,
CLEOTILDE ROLL, as parent and next friend of JAZMIN TRUJILLO,

      Plaintiffs,

v.

CITY AND COUNTY OF DENVER,
TIMOTHY HUCKSOLL, individually,
BRIDGET RHODES, individually,
TIMOTHY PACKMAN, individually,
SCOTT CRAWFORD, individually,
OFFICER SUSAN MERCADO, individually,
OFFICER JENNIFER FRANCE, individually, and
CHRISTOPHER PEREA,

      Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **Order Overruling Objections and Adopting Recommendation of United States Magistrate Judge** [#106] of Judge Robert E. Blackburn entered on March 16, 2016, it is

ORDERED that judgment shall enter in favor of the defendants, City and County of Denver, Timothy Hucksoll, Bridget Rhodes, Timothy Packman, Scott Crawford, Officer Susan Mercado, and Officer Jennifer France, and against plaintiff the Estate of Loretta Barella, on the first, second, and third claims for relief as alleged in the

**Amended Complaint and Jury Demand** [#33], it is

FURTHER ORDERED that under 28 U.S.C. § 1367, the court declines to exercise supplemental jurisdiction over the remaining state law claims and, thus, those claims are dismissed, it is

FURTHER ORDERED that defendants, except for Christopher Perea, are awarded their costs to be taxed by the clerk of the court in the time and manner prescribed in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 18th day of March, 2016.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   K. Finney

K. Finney
Deputy Clerk